U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

NOV 19 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-50033-01-06 |
| versus | JUDGE STAGG |
| LORA LEA TOMLINSON<br>SELENA WILLIS NICHOLS<br>JOEL DALLAS HAMMOND<br>CASSANDRA WESSON COLLINS<br>BRAD ALAN BLANTON<br>GREGORY BRIAN HEARN | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motions to Suppress** [Docs. 30 (Collins), 32 (Hearn), 33 (Tomlinson), 35 (Blanton), 36 (Hammond) and 42 (Nichols)] are **denied**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 19th day of November, 2007.

TOM STAGG
UNITED STATES DISTRICT JUDGE